**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY CO.,

  Plaintiffs,

vs.

VLADIMIR KORCHAGIN, L.M.T., TOUCH OF HEALTH MEDICAL CENTER, L.L.C., TOH MANAGEMENT, L.L.C., ALENA KLOCHKO, M.D., DANA DALE HANSON, D.C., COMPLETE INJURY CARE, L.L.C., CENTRAL FLORIDA CHIROPRACTIC CARE, INC., ORLANDO CENTRAL CHIROPRACTIC, L.L.C., FORT MYERS CENTRAL CHIROPRACTIC, L.L.C., CHARLES PENZA, D.C., KARLA VEGA, D.C., ANTHONY ROLDOS, D.C., JONATHAN AROCHO, D.C., MEGAN PEARCE, D.C., MARK BIONDI, D.C., REZA MOHAMMADI, D.C., MARIA KABUSHINSKAYA, P.A., OLEG KOVALENKO, CFL MEDICAL SUPPLIES, L.L.C., CFL DIAGNOSTIC, L.L.C., CFL MD, L.L.C., DANIEL AMPONSAH, M.D., KEVIN BALL, P.A., 855LEGAL4U, INC., and ANASTASIIA ALEKSANDROVA,

  Defendants.

Case Number: 6:20-cv-00346- GB-LRH

_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

Please take notice that all claims asserted herein by Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. against Defendants Touch of Health Medical Center, LLC, TOH Management, LLC, Complete Injury Care, LLC, Central Florida Chiropractic Care, Inc., Orlando Central Chiropractic, LLC and

Fort Meyers Central Chiropractic, LLC, CFL Medical Supplies, LLC, CFL Diagnostic, LLC, CFL, MD, LLC, Vladimir Korchagin, LMT, Dana Dale Hanson, DC, Oleg Kovalenko, Daniel Amponsah, M.D., Anastasiia Aleksandrova, 855LEGAL4U, Inc, Alena Klochko, M.D., Charles Penza, D.C., Karla Vega, D.C., Megan Pearce, D.C., Mark Biondi, D.C. and Reza Mohammadi, D.C., are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Respectfully submitted,

*/s/ John P. Marino*
John P. Marino (FBN 814539)
Kristen Wenger (FBN 92136)
SMITH, GAMBRELL & RUSSELL, LLP
50 North Laura Street
Suite 2600
Jacksonville, Florida 32202
Phone: (904) 598-6100
Facsimile: (904) 598-6204
jmarino@sgrlaw.com
kwenger@sgrlaw.com

and

Steven T. Henesy (admitted pro hac vice)
New York Bar No. 5196860
Rivkin Radler LLP
926 RXR Plaza
Uniondale, New York 11550
Phone: (516) 357-3000
Facsimile: (516) 357-3333
steven.henesy@rivkin.com

*Counsel for Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co.*

## **CERTIFICATE OF SERVICE**

I certify that on June 30, 2020, the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the counsel of record in this case.

*/s/ John P. Marino*
Attorney