**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

GOVERNMENT EMPLOYEES
INSURANCE CO., GEICO INDEMNITY
CO., GEICO GENERAL INSURANCE
COMPANY and GEICO CASUALTY
CO.,

        Plaintiffs,

v.                                                  Case No: 6:20-cv-346-Orl-40LRH

VLADIMIR KORCHAGIN, TOUCH OF
HEALTH MEDICAL CENTER, L.L.C.,
TOH MANAGEMENT, L.L.C., ALENA
KLOCHKO, DANA DALE HANSON,
COMPLETE INJURY CARE, L.L.C.,
CENTRAL FLORIDA CHIROPRACTIC
CARE, INC., ORLANDO CENTRAL
CHIROPRACTIC, L.L.C., FORT MYERS
CENTRAL CHIROPRACTIC, L.L.C.,
CHARLES PENZA, KARLA VEGA,
MEGAN PEARCE, MARK BIONDI,
REZA MOHAMMADI, OLEG
KOVALENKO, CFL MEDICAL
SUPPLIES, L.L.C., CFL DIAGNOSTIC,
L.L.C., CFL MD, L.L.C., DANIEL
AMPONSAH, 855LEGAL4U, INC. and
ANASTASIIA ALEKSANDROVA,

        Defendants.
_____/

**ORDER**

This cause comes before the Court on Plaintiffs' Notice of Dismissal With Prejudice. (Doc. 88). Plaintiffs advise that it dismisses the claims pursued against Defendants Touch of Health Medical Center, LLC, TOH Management, LLC, Complete Injury Care, LLC, Central Florida Chiropractic Care, Inc., Orlando Central Chiropractic, LLC and Fort Meyers Central Chiropractic, LLC, CFL Medical Supplies, LLC, CFL

Diagnostic, LLC, CFL, MD, LLC, Vladimir Korchagin, LMT, Dana Dale Hanson, DC, Oleg Kovalenko, Daniel Amponsah, M.D., Anastasiia Aleksandrova, 855LEGAL4U, Inc, Alena Klochko, M.D., Charles Penza, D.C., Karla Vega, D.C., Megan Pearce, D.C., Mark Biondi, D.C. and Reza Mohammadi, D.C., pursuant to Federal Rule of Civil Procedure 41(a)(1). Plaintiffs' notice of voluntary dismissal is self-executing and was immediately effective upon filing. *See Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam). Plaintiffs' claims against Defendants Touch of Health Medical Center, LLC, TOH Management, LLC, Complete Injury Care, LLC, Central Florida Chiropractic Care, Inc., Orlando Central Chiropractic, LLC and Fort Meyers Central Chiropractic, LLC, CFL Medical Supplies, LLC, CFL Diagnostic, LLC, CFL, MD, LLC, Vladimir Korchagin, LMT, Dana Dale Hanson, DC, Oleg Kovalenko, Daniel Amponsah, M.D., Anastasiia Aleksandrova, 855LEGAL4U, Inc, Alena Klochko, M.D., Charles Penza, D.C., Karla Vega, D.C., Megan Pearce, D.C., Mark Biondi, D.C. and Reza Mohammadi, D.C., are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

      **DONE AND ORDERED** in Orlando, Florida on July 1, 2020.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties